Frazer & Burchenal, Inc., Respondent, v. The City of New York, Appellant.— Order denying defendant's motion for judgment dismissing the complaint for lack of prosecution reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.; Cohn, J., dissents and votes for affirmance.

Casper Holstein Co., Inc., Appellant, v. Edna Harris, Individually and as Administratrix, etc., of Fitzmartin L. Harris, Also Known as Martin L. Harris, Deceased, and Others, Respondents.— Order granting defendants' motion for the appointment of a receiver unanimously reversed, with twenty dollars costs and disbursements, and the motion denied, with ten dollars costs. No opinion. Present — McAvoy, Townley, Untermyer, Dore and Cohn, JJ.

Joseph Prado, an Infant, by Arsenio Prado, His Guardian ad Litem, Arsenio Prado and Girolamo DeLuca, as Administrators, etc., of Anthony DeLuca, Deceased, v. London Guarantee and Accident Company, Limited.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Jacob L. Dolmatch v. Edward B. Bradley, Individually and as Executor, etc., of Frances A. Cole, Deceased, and Others.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer and Cohn, JJ.

D. W. Bates, Superintendent of Banking of the State of Iowa, as Receiver of the American Savings Bank and Trust Company of Davenport, Iowa, v. Otto E. Goldschmidt. D. W. Bates, Superintendent of Banking of the State of Iowa, as Receiver of the American Savings Bank and Trust Company of Davenport, Iowa, v. Edward W. Goldschmidt.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer and Cohn, JJ.

In the Matter of the Application of John M. Halloran v. Lewis J. Valentine, Police Commissioner of the City of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

Raymond Kruckel and Anna Kruckel v. Agatine Citelli, Also Known as Agatine Morelli, Joseph Morelli, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Raymond Kruckel and Anna Kruckel v. Agatine Citelli, Also Known as Agatine Morelli, Joseph Morelli, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Arbitration of Certain Controversies between Arthur Herssens et Cie and Grain Products Corporation.— Motion for leave to appeal to the Court of Appeals and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

John W. Collopy, Jr., v. John T. Norton.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted

pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

SIDNEY PELTYN v. GLORIA PALAST CORPORATION.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Untermyer, Dore and Cohn, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by THOMAS F. BEHAN, Deputy and Acting Superintendent of Insurance of the State of New York, for an Order to Take Possession of the Property and Liquidate the Business and Affairs of the EQUITABLE CASUALTY AND SURETY COMPANY. Claim No. S & M Tax 15. Department of Taxation and Finance of the State of New York.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

BARNET LUBINSKY v. BARNET HOFFMAN and Another, Impleaded with HARRY DUKE and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

EDWIN F. COFFIN v. BYRDIE SHOUR, Individually and as Administratrix of the Estate of LOUIS N. SHOUR, Deceased, Impleaded, etc.— Motion for reargument granted; and the reargument having been had, the order of this court entered February 7, 1936, is vacated; the judgment is reversed and a new trial ordered, with costs to abide the event; such new trial, however, to be limited to the question of the extent of the plaintiff's interest in the proceeds of the policies. Settle order on notice, reversing findings inconsistent with this decision. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See 246 App. Div. 263.]

LOUISE V. HAEBLER v. JACOB SIEGEL and JOHN RIEGELMAN, etc.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Petition of HENRY J. S. HALL for a Determination of the Question as to the Validity, Construction and/or Effect of the Disposition of Property Contained in Paragraph " Thirteenth " of the Last Will and Testament of MARTHA M. HALL, Deceased. HENRY J. S. HALL, Appellant; JAMES JAY MORGAN and LAURENCE A. STEINHARDT, as Executors and Trustees, and JOHN J. BENNETT, JR., as Attorney-General of the State of New York, Respondents.— Decree, construing paragraph thirteenth of decedent's will as creating a valid charitable trust, affirmed, with costs. No opinion. Present — Martin, P. J., McAvoy, Glennon, Dore and Cohn, JJ.; Martin, P. J., and Cohn, J., dissent. [156 Misc. 841.]

JOHN J. SULLIVAN, INC., Respondent, v. BROOKLYN NATIONAL BANK OF NEW YORK, Appellant.— This action is brought to recover for the wrongful dishonor by defendant of several checks drawn by plaintiff in the course of its business between April 23, 1931, and April 30, 1931. Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

170TH ST. CAFETERIA, INC., and Another, Respondents, v. NEDICK'S STORES, INC., Appellant.— This is an appeal from a judgment restraining defendant from selling or offering for sale all kinds of food and drink, and from conducting a " self-service restaurant," at 60 East One Hundred and Seventieth street, in the county